NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SCHOELLER-BLECKMANN OILFIELD EQUIPMENT AG, BICO DRILLING TOOLS, INC.,**
*Plaintiffs-Appellees*

**v.**

**CHURCHILL DRILLING TOOLS US, INC., CHURCHILL DRILLING TOOLS (RENTALS) LTD.,**
*Defendants-Appellants*

**B & W DRILLING TOOLS, LLC,**
*Defendant*

---

2017-2137

---

Appeal from the United States District Court for the Southern District of Texas in No. 3:13-cv-00100, Judge Nancy F. Atlas.

---

**JUDGMENT**

---

BRIAN W. NOLAN, Mayer Brown, LLP, New York, NY, argued for plaintiffs-appellees. Also represented by LISA M. FERRI; PAUL WHITFIELD HUGHES, Washington, DC.

J. DAVID CABELLO, Blank Rome LLP, Houston, TX, argued for defendants-appellants. Also represented by JAMES H. HALL, STEPHEN D. ZINDA; BRIAN WM. HIGGINS, Washington, DC.

―――――――――――

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (O'MALLEY, MAYER, and TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

|  April 4, 2018  | /s/ Peter R. Marksteiner |
|:---:|:---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |